```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
VIS VIRES GROUP, INC.,                  :
                                        :
                Plaintiff,              :       ORDER
                                        :       16-CV-80 (JFB)(AKT)
        -- against --                   :
                                        :
MASS HYSTERIA ENTERTAINMENT, INC.,      :
et al.                                  :
                                        :
                Defendants.             :
                                        :
----------------------------------------X
```

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 03 2016 ★
LONG ISLAND OFFICE

JOSEPH F. BIANCO, District Judge:

The Court has received defendant Daniel Grodnik's motion to dismiss, filed March 1, 2016. IT IS HEREBY ORDERED that the pre-motion conference is waived, and the parties shall adhere to the following briefing schedule: plaintiff shall submit its response by April 1, 2016; and defendant Grodnik shall submit his reply no later than April 15, 2016.

SO ORDERED.

JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

Dated:   March 3, 2016
         Central Islip, New York